# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ERIKA MOSTELLER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00270-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2020 Order.

March 12, 2020

_____

Frank G. Johns, Clerk
United States District Court